**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LESTER PHILLIPS                                                      PETITIONER
ADC #113825

V.                               NO. 5:17CV00009-JM-JTR

WENDY KELLEY, Director
Arkansas Department of Correction                                    RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT :

1.      The 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 2*, is DISMISSED, WITH PREJUDICE; and

2.      A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 28th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE